**Mark B. French**
**1901 Central Drive, Suite 704**
**Bedford, Texas 76021**
**(817)268-0505**
**(817)796-1396 fax**
<u>mark@markfrenchlaw.com</u> **email**

**ATTORNEY FOR JOE & ELBIRA ALVARADO**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-43092-MXM-13** |
| **JOE & ELBIRA ALVARADO** | **CHAPTER 13** |
| **DEBTORS** | **JUDGE MARK X. MULLIN** |

**DEBTORS' MODIFICATION OF CHAPTER 13 PLAN POST-CONFIRMATION**

**MODIFICATION DATE: May 14, 2019**

Language in italicized type in this *Plan Modification* shall be as defined in the General Order 2016-01, Standing Order Concerning Chapter 13 Cases and as it may be superseded or amended (General Order). All provisions of the General Order shall apply to this *Plan Modification* as if fully set out herein.

Pursuant to 11 U.S.C. §1329 the *Debtor* requests the following modification(s) to the *Debtors'* original or last modified Chapter 13 *Plan*.

**SECTION I**
**HISTORY OF THE CASE**

A.  Total Paid In (Received to Date):        $ 209,089.99
    Amount Due to be Current:                $ 0.00
    *Base Amount* (Current):                 $ 292,454.15

    **Date of Calculation for Modification:**  May 14, 2019

B.  Current *Plan Payment* to *Trustee* Amounts and Term:

| Start Date | Number Periods | Amount |
|---|---|---|
| **2/2018** | **30** | **$5,791.76** |

## SECTION II
## MODIFICATION

A.  Reason for modification **(MUST BE COMPLETED)**

   \_\_\_X\_\_\_ (1) To cure *Plan* arrears to the *Trustee*.
   _____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim
             not previously provided.
   _____ (3) To provide for payment to the *Mortgage Lender* through the Conduit Program.
   _____ (4) To make *Plan* sufficient (based on allowed claims).
   _____ (5) To modify the Unsecured Creditors' Pool from $_____ to $_____.
   _____ (6) To modify the value of non-exempt property from $\_\_\_\_\_ to $_____.
   _____ (7) To set aside Interlocutory Order.
   \_\_\_X\_\_\_ (8) Other: *Mr. Alvarado was involved in a serious motor vehicle accident in May 2019. Mr. Alvarado wants to temporarily drop his payment to $500.00 a month while he completes rehabilitation prior to returning to work*

B.  New *Plan Payment* to *Trustee* Amount and Term:

   The plan payment amount will be changed to:

   | *Start Date | Number Periods | Amount |
   |---|---|---|
   | 6/2019 | 3 | $500.00 |
   | 9/2019 | 12 | $7,114.70 |

   NEW *BASE AMOUNT*:  $292,454.28

   **DEBTOR'S* NEW PAYMENT START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION*.

C.  *Debtors' Counsel* fee for this modification:

   Total amount of $400.00, of which $0.00 will be disbursed by the *Trustee* according to the Order of Payment set out in the confirmed *Plan* or last subsequently approved *Plan Modification.*

## SECTION III

**ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED *PLAN* OR SUBSEQUENTLY APPROVED *PLAN MODIFICATION* REMAIN THE SAME.**

Date:  May 14, 2019                                    /s/ Mark B. French
                                                       Mark B. French
                                                       State Bar No. 07440600

                                                       Law Office of Mark B. French
                                                       1901 Central Drive, Suite 704
                                                       Bedford, TX 76021
                                                       (817) 268-0505
                                                       (817) 796-1396 fax
                                                       mark@markfrenchlaw.com email

                                                       ATTORNEY FOR JOE & ELBIRA ALVARADO

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk and all other parties entitled to electronic notice on the date of filing hereof:

William T. Neary
United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-1496

Pam Bassel
Standing Chapter 13 Trustee
7001 Blvd. 26, Suite 150
North Richland Hills, TX 76180

Joe & Elbira Alvarado
PO Box 3155
San Jose, CA 95156

Date:  May 14, 2019                                    /s/ Mark B. French
                                                       Mark B. French