



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 18, 2019

_____
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                              Case Number: 15-43092-MXM

**JOE ANGEL ALVARADO**
    PO BOX 3155
    SAN JOSE, CA 95156
    SSN/TIN: XXX-XX-8360

**ELBIRA CABRERA ALVARADO**
    PO BOX 3155
    SAN JOSE, CA 95156
    SSN/TIN: XXX-XX-9246

**DEBTORS**

### ORDER APPROVING MODIFIED PLAN AFTER CONFIRMATION DATED MAY 14, 2019

There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed May 14, 2019. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of the Chapter 13 Plan after Confirmation should be APPROVED based on:

The Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that the Modified Plan filed May 14, 2019, be and the same is hereby APPROVED, subject to the following conditions, if any:

New Plan Payment(s) to Trustee Amounts and Terms: (forward looking only)

| Start Date | Periods | Amount | How Often |
|---|---|---|---|

| Date | Months | Amount | Frequency |
|---|---|---|---|
| 06/02/2019 | 3.00 | $500.00 | MONTHLY |
| 09/02/2019 | 12.00 | $7,115.00 | MONTHLY |
| 09/02/2020 | End of Plan | $0.00 | MONTHLY |

Debtor's new payment will be on or before: 06/02/2019.

THE PLAN BASE SHALL BE CHANGED TO $296,370.96 IN 60 MONTHS.

The total paid in through May 14, 2019 is $209,490.96.

All other changes proposed in the plan modification remain the same.

Attorney fees in excess of $400.00 shall not be paid unless and until a fee application has been approved by the Court.

Attorney fees for the modification in the amount of $400.00 are to be paid direct.

# # # END OF ORDER # # #